# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JAMES JAMISON,**

    Petitioner,

v.

**WARDEN, F.C.I. ELKTON,**

    Respondent.

Case No. 1:19-cv-789
**JUDGE DOUGLAS R. COLE**
Magistrate Judge Karen L. Litkovitz

## ORDER

On November 4, 2019, the Magistrate Judge issued a Report and Recommendation (ECF No. 7) denying Petitioner James Jamison leave to appeal *in forma pauperis* and recommending the Court dismiss his Petition for Writ of Habeas Corpus (ECF No. 4). The Report and Recommendation also advised the parties that failing to object within 14 days would constitute a waiver of review. The time period for objections has run, and no party has objected. Thus, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 7), thereby dismissing the Petition for Writ of Habeas Corpus (ECF No. 4). The Court **DIRECTS** the Clerk to enter final judgment accordingly.

    **SO ORDERED.**

December 12, 2019
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**